THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>LITTLE CAESAR ENTERPRISES, INC.<br><br>                      Defendant. | Case: 2:24-cv-00090-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Analytical Technologies, LLC moves to dismiss its claims **with prejudice**, and Little Caesar Enterprises, Inc. moves to dismiss its counterclaims **without prejudice**, with each party bearing its own attorneys' fees and costs.

Date: June 5, 2024

Respectfully submitted,

/s/ Randall Garteiser
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

*/s/ Aaron P. Pirouznia*
Aaron P Pirouznia
pirouznia@fr.com
Texas Bar No. 24098958
Alexander Hale Martin
martin@fr.com
Texas Bar No. 24091828
Neil J. McNabnay
macnabnay@fr.com
Texas Bar No. 24002583
Noel F. Chakkalakal
chakkalakal@fr.com
Texas Bar No. 24053676
Ricardo J. Bonilla

|  |  |
|---|---|
| *Attorneys for Plaintiff* | rbonilla@fr.com<br>Texas Bar No. 24082704<br>Sarika Naresh Patel<br>patel@fr.com<br>Texas Bar No. 24073520<br><br>**FISH AND RICHARDSON**<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Eastern District of Texas Local Rule CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The Parties have conferenced, and counsel is in agreement with this motion.

*/s/ Randall Garteiser*
Randall Garteiser