IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, | § |
| *Plaintiff,* | § |
| v. | §  CASE NO.  2:24-CV-0090-JRG-RSP |
| LITTLE CAESAR ENTERPRISES, INC., | § |
| *Defendant.* | § |

# ORDER

Before the Court is the Joint Motion for Dismissal (the "Motion") filed by Plaintiff Analytical Technologies, LLC and Defendant Little Caesar Enterprises, Inc. (Dkt. No. 18.) In the Motion, the parties move for dismissal under Rule 41(a), and they request dismissal of the above-captioned action with prejudice as to Plaintiff's claims and without prejudice as to Defendant's counterclaims. (*Id*. at 1.)

Having considered the Motion, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE** and all counterclaims asserted by Defendant are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

## So Ordered this

**Jun 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE